UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
DAVID A. RAMOS and
GUADALUPE N. RAMOS                    Case No.  17-10022-J12
   Debtors.

**APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AND COSTS**

R. "Trey" Arvizu, III, attorney for David and Guadalupe Ramos, Debtors herein, submit this application for allowance and payment of attorney's fees, costs and tax, pursuant to 11 U.S.C.§§330, 331 and 503, for the period from October 17, 2016 to March 23, 2018 ("Application Period").  In support of this application, Attorney states:

1. On or about October 17, 2016 Attorney was hired by the debtors to file a Chapter 12 bankruptcy case.

2. Attorney was paid a retainer of $15,100.00 and Debtors agreed to pay Attorney hourly rates for all services rendered in connection with this case.

3. This is Attorney's first fee application for compensation in this case.

4. Attorney provided necessary and important services to the debtors in representing them in their Chapter 12 bankruptcy

5. Attorney assisted them in filing their Schedules, Statements of Financial Affairs and a Plan of Reorganization.  Attorney further assisted with the following: Consulting regarding bankruptcy and non-bankruptcy options, prepared clients for their attendance at §341 meeting of creditors, prepared Order Confirming Plan, negotiated with Chapter 12 Trustee and creditors toward confirmation of their Chapter 12 Plan and representing them in their Final Hearings on Confirmation.

1

6. The requested attorney's fees, costs, and taxes for the Application Period are summarized as follows:

    a. Application Period: October 17, 2016 to March 23, 2018
    b. Legal services: $34,905.00
    c. Costs: 903.75
    e. Tax $2,976.60
    Total: $38,785.35
    Less payments from or on behalf of debtor $15,100.00
    Less payments from the Chapter 12 Trustee $ 0.00
    OUTSTANDING BALANCE: $23,685.35

7. Attorneys billing rate for professional services were $225.00 per hour for attorney services and $90.00 per hour for paralegal services.

8. Pursuant to 11 U.S.C. §331, Attorney has not applied for compensation in the preceding 120 days.

9. Attorney has not shared compensation in this case with any other person, directly or indirectly, in any form except with members of Attorney's law firm. No agreement or understanding exists between Attorney and other persons for the sharing of any compensation received for services rendered in connection with this case.

10. Attorney respectfully states that these fees were incurred in relation to the case and should be deemed to be priority administrative expenses and should not be discharged in bankruptcy.

11. Attached as Exhibit A are detailed statements for all requested payments.

WHEREFORE, Attorney respectfully requests that the Court allow, as administrative expense of the estate, the total amount of $38,785.35 for the Application Period, less payments totaling $15,100.00 received from or on behalf of the debtors and/or from the Chapter 12 Trustee, leaving a total outstanding balance of $23,685.35. Attorney further requests that the Court authorize the Chapter 12 Trustee to pay Attorney

the unpaid balance of the fees allowed herein in the amount of $23,685.35, from funds of the estate if necessary.

                                          <u>Electronically filed</u>
                                          R. "Trey" Arvizu, III
                                          Attorney for Debtors
                                          PO Box 1479
                                          Las Cruces, NM  88005
                                          (575) 527-8600
                                          FAX:  (575) 527-1199

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system.  All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 26th day of March, 2018.

<u>Electronically submitted</u>
R. "Trey" Arvizu, III

# *Arvizu Law Office, P.C.*
PO Box 1479
Las Cruces, NM 88004

Ph:575-527-8600  Fax:575-527-1199

David and Guadalupe Ramos  March 23, 2018
PO Box 612
Lordsburg, NM
88045

File #: 16-1203
**Attention:**  Inv #: 5833

**RE:**  In re: David and Guadalupe Ramos; retained 9/8/16; 17-10022-j12 filed 1/6/17

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-17-16 | Work on file. Review documents and make entries into Bestcase to prepare petition, schedules and statements. Meet with clients to discuss | 3.50 | 787.50 | RTA |
| Nov-30-16 | Meet with clients to discuss strategy, options and pre-bankruptcy planning | 1.00 | 225.00 | RTA |
| Jan-06-17 | Work on file. Preparation of schedules and statements. Meeting with clients to discuss bankruptcy filing. | 2.50 | 562.50 | RTA |
| Jan-09-17 | Prepare Notice of Deadline to file objection to application to employ. File with court. | 0.40 | 90.00 | RTA |
| Jan-11-17 | Review and Calendar Notice of Meeting of Creditors and appointment of trustee. Notify clients | 0.30 | 67.50 | RTA |
| Jan-12-17 | T/C with client to answer question regarding funds from electric company security deposit refund. | 0.20 | 45.00 | RTA |
| Jan-13-17 | Review POC #1 | 0.20 | 45.00 | RTA |
| Jan-18-17 | Work on schedules and SOFA. Prepare for meeting with clients. Meet with clients to sign all documents | 4.00 | 900.00 | RTA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-19-17 | Review EOA filed by Sherman on behalf of FNMB | 0.20 | 45.00 | RTA |
| Jan-20-17 | Finalize schedules and statements.  File with Court | 2.30 | 517.50 | RTA |
|  | Prepare amended Motion to Employ | 0.50 | 112.50 | RTA |
|  | Review POC #2 | 0.20 | 45.00 | RTA |
| Jan-24-17 | Review email from attorney for Discover Card regarding allegations of non-dischargeable debt. | 0.20 | 45.00 | RTA |
| Jan-27-17 | Review file.  Review and respond to email form Jakub Sherman regarding bank's actions regarding collection | 0.50 | 112.50 | RTA |
|  | Review POC #3 and 4 | 0.40 | 90.00 | RTA |
| Feb-02-17 | Review POC #5 | 0.20 | 45.00 | RTA |
| Feb-08-17 | Meeting with client to review budget and status of case. | 0.50 | 112.50 | RTA |
| Feb-14-17 | Review budget provided by client for March/April operations | 0.50 | 112.50 | RTA |
| Feb-16-17 | Review POC #6, 7 | 0.40 | 90.00 | RTA |
| Feb-17-17 | Draft Motion to Use Cash Collateral and all exhibits.  Work on exhibit | 3.00 | 675.00 | RTA |
| Feb-20-17 | Work on Motion to use cash collateral | 2.50 | 562.50 | RTA |
| Feb-22-17 | Prepare for and attend 341 meeting | 2.00 | 450.00 | RTA |
| Feb-23-17 | Revise and file Motion to Use Cash Collateral.  Revisions include making it emergency motion and revisions to budget | 2.50 | 562.50 | RTA |
| Feb-27-17 | Review Chapter 12 Trustee report filed with court regarding 341 meeting | 0.20 | 45.00 | RTA |
|  | Work on file regarding cash collateral.  Review email from bank, FSA and Dept of workforce solutions counsel regarding questions about | 1.50 | 337.50 | RTA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | proposed motion and order. Telephone calls with opposing counsel regarding same | | | |
| Feb-28-17 | Prepare for and attend hearing on Motion for Emergency use of cash collateral | 5.50 | 1,237.50 | RTA |
| | Meeting with Melissa Gorham (realtor) regarding sale of 34 farm | 1.00 | 225.00 | RTA |
| Mar-01-17 | Review minutes from hearing. Prepare changes requested by Judge Jacobvitz in Order approving use of cash collateral. Circulate to all counsel of record. | 1.50 | 337.50 | RTA |
| Mar-06-17 | Work with clients regarding opening DIP account. Telephone conversation with Wells Fargo bank and clients regarding information needed to open account | 0.50 | 112.50 | RTA |
| Mar-07-17 | Review scheduling order. Calendar deadlines. Forward to client | 0.30 | 67.50 | RTA |
| | Review POC # 8, 9 | 0.30 | 67.50 | RTA |
| Mar-08-17 | Review email from counsel for Discover card regarding non-dischargeability matter | 0.20 | 45.00 | RTA |
| | prepared/transcribed Ramos narrative from handwritten notes, input 2017 projected expenses, made equipment inventory list from unreadable copy | 4.50 | 450.00 | RTA |
| Mar-10-17 | Review email from client regarding budget and narrative changes. | 0.20 | 45.00 | RTA |
| Mar-13-17 | Review email from client regarding changes to budget and narrative. Finalize and file with court | 0.80 | 180.00 | RTA |
| Mar-17-17 | Prepare and file Witness and Exhibit Lists as required by the court | 0.80 | 180.00 | RTA |
| Mar-21-17 | Review objection filed by FSA. Review and respond to email from Lucero regarding contract with Las Uvas. Prepare and file Motion to Strike and Motion to Vacate hearing | 1.00 | 225.00 | RTA |
| Mar-22-17 | Prepare for and attend hearing on Motion to Strike and Motion to Vacate. Review Objection to Motion to Strike | 1.00 | 225.00 | RTA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review POC #10 | 0.20 | 45.00 | RTA |
| Mar-27-17 | Finalize and file Motions to Employ Realtor, Realtor's disclosure statement and notice of deadline to object.  Finalize and file Second Motion to Use Cash Collateral and notice of deadline to object.  Finalize and file Motion to Employ CPA, CPA's disclosure statement and notice of deadline to object. | 4.50 | 1,012.50 | RTA |
| Apr-07-17 | Work on Plan or Reorganization and exhibits | 8.00 | 1,800.00 | RTA |
| | Review POC #11 | 0.20 | 45.00 | RTA |
| Apr-09-17 | Prepare Motion to Shorten Deadline to Object.  File with Court.  Prepare Notice of deadline to object.  Prepare Order granting motion to shorten deadline to object. | 1.10 | 247.50 | RTA |
| Apr-11-17 | Prepare withdrawal of motion to shorten deadline to object.  Finalize notice of deadline to object.  Prepare and mail to creditors | 0.80 | 180.00 | RTA |
| Apr-12-17 | Review and respond to email from Jakub Sherman regarding insurance coverage/cancellation.  Telephone call to client to discuss | 0.30 | 67.50 | RTA |
| Apr-17-17 | Meet with client to review updated information | 0.50 | 112.50 | RTA |
| Apr-18-17 | Review email from Sherman and Lucero regarding concurrence on vacating and continuing hearing.  Prepare and finalize and submit order to court | 0.80 | 180.00 | RTA |
| Apr-19-17 | Prepare and file notice of deadline to file objection to Chapter 12 plan and Certificate of Mailing | 0.60 | 135.00 | RTA |
| Apr-27-17 | Review and respond to email form Manny regarding conflict with hearing date | 0.20 | 45.00 | RTA |
| Apr-28-17 | Work on trying to vacate and continue hearing.  Call to court and email to all counsel and trustee | 0.50 | 112.50 | RTA |
| | Review Objections to Confirmation filed by FSA and FNMB | 1.00 | 225.00 | RTA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-03-17 | Work on scheduling of final hearing on confirmation and use of cash collateral. Telephone call to court. Email to opposing counsel. Telephone call to client | 0.50 | 112.50 | RTA |
| May-04-17 | Review objection to confirmation | 0.40 | 90.00 | RTA |
| May-05-17 | Prepare order vacating and continuing hearing on confirmation. Prepare and send for approval order approving use of cash collateral | 0.90 | 202.50 | RTA |
| | Review Objection to Confirmationof plan filed by AGCO | 0.40 | 90.00 | RTA |
| May-08-17 | Review email from Lucero approving cash collateral order | 0.20 | 45.00 | RTA |
| May-09-17 | Email to Jakub Sherman and review response regarding approval of cash collateral order. Finalize stipulated orders vacating hearing and granting use of cash collateral for May. Telephone call to court to verify receipt and change of hearing date. | 0.40 | 90.00 | RTA |
| May-30-17 | Work on file. Preparation for final hearing on June 5 | 0.70 | 157.50 | RTA |
| May-31-17 | Correspondence with Las Uvas dairy regarding Ramos contract to sell alfalfa. Telephone calls regarding payments to Ramos | 1.00 | 225.00 | RTA |
| Jun-02-17 | Meeting with realtor to prepare for Monday's final hearing. Review information regarding listing. | 1.00 | 225.00 | RTA |
| | Work on exhibits. Prepare exhibits and email to contact in ABQ to print and prepare exhibit books for all parties | 3.00 | 675.00 | RTA |
| | Review MOR's for Jan, Feb, Mar | 0.90 | 202.50 | RTA |
| | Meeting with clients to prepare for June 5, 2017 final hearing on confirmation | 2.00 | 450.00 | RTA |
| Jun-04-17 | Meet with clients to prepare for June 5, 2017 final hearing. | 2.00 | 450.00 | RTA |
| Jun-05-17 | Prepare for and attend final hearing regarding confirmation of plan of reorganization | 5.20 | 1,170.00 | RTA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Email correspondence regarding availability for mediation conference | 0.30 | 67.50 | RTA |
| Jun-06-17 | Review Order authorizing use of cash collateral | 0.30 | 67.50 | RTA |
| Jun-12-17 | Review Court order setting forth additional information needed for confirmation. Meeting with clients to review same and to discuss schedule and dates for next two weeks. Email to/from Melissa Gorham regarding market analysis. | 1.50 | 337.50 | RTA |
| Jun-13-17 | Work on file. Work on modification to plan and supporting documents | 2.00 | 450.00 | RTA |
| Jun-19-17 | Prepare for and attend mediation in Chapter 12 confirmation case | 1.50 | 337.50 | RTA |
| Jun-21-17 | Work on file and settlement. Meeting with Melissa Roybal regarding testimony. Meeting with clients to prepare for continuation of trial. Work on closing argument. | 3.50 | 787.50 | RTA |
| Jun-22-17 | Prepare for and attend continued final hearing on confirmation. | 7.30 | 1,642.50 | RTA |
| | Review POC's ##5 and 6. | 0.50 | 112.50 | RTA |
| Jun-23-17 | Review POC #13 | 0.30 | 67.50 | RTA |
| Jun-28-17 | Prepare for continuation of final hearing on confirmation | 4.00 | 900.00 | RTA |
| Jun-29-17 | Prepare for and attend final hearing on confirmation. Prepare cross exam of bank witness and closing argument | 5.20 | 1,170.00 | RTA |
| | Email CPA for information on K-1 from Chile Connection | 0.30 | 67.50 | RTA |
| Jun-30-17 | Attend oral ruling on Debtors' confirmation of their chapter 12 plan. Conference with Debtors after ruling. | 1.50 | 337.50 | RTA |
| Jul-07-17 | Work on draft of Second Amended Chapter 12 Plan of reorganization. | 4.00 | 900.00 | RTA |
| Jul-10-17 | Work on draft of Second Amended Chapter 12 Plan of reorganization. | 4.50 | 1,012.50 | RTA |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Jul-13-17 | Prepare and submit Order Approving employment of attorney | 0.50 | 112.50 | RTA |
| Jul-14-17 | Meeting with clients to discuss requirements of confirmation order and plan | 1.00 | 225.00 | RTA |
| Jul-21-17 | Review POC #14.  Review withdrawal of claim.  Review POC's ## 8, 9 | 0.30 | 67.50 | RTA |
| Aug-05-17 | Prepare fee application and notice and invoice | 1.50 | 337.50 | RTA |
| Aug-23-17 | Review email from FSA regarding new notes to execute.  Telephone call from Jakub Sherman regarding same. | 0.50 | 112.50 | RTA |
| Aug-25-17 | Review note allonges from FNMB | 0.30 | 67.50 | RTA |
| Sep-05-17 | Meeting with clients to discuss case status and execution of allonges and new notes with FSA. | 0.60 | 135.00 | RTA |
| | Email to Sherman regarding signature of allonges | 0.20 | 45.00 | RTA |
| Sep-12-17 | Email to client regarding modification information.  Review and respond to email from client regarding same | 0.50 | 112.50 | RTA |
| Sep-13-17 | Prepare and file Modification to post confirmation plan of reorganization.  Review documentation provided by clients and prepare exhibits to motion | 2.50 | 562.50 | RTA |
| Sep-18-17 | Review email from Ramos regarding Las Uvas dairy filing for bk relief.  Telephone call with Ramos to discuss | 0.50 | 112.50 | RTA |
| Oct-03-17 | Review email from client regarding amounts owed by Las Uvas in order to prepare administrative claim | 0.60 | 135.00 | RTA |
| | t/c with Feferman regarding unsecured creditors committee | 0.30 | 67.50 | RTA |
| Oct-04-17 | Prepare and file notice of EOA in Las Uvas dairy case.  Review docket for deadlines | 0.50 | 112.50 | RTA |
| Oct-09-17 | Review file.  File Limited objection to Debtor's use of cash collateral | 1.00 | 225.00 | RTA |
| Oct-10-17 | Meeting with clients to discuss case and situation with las Uvas dairty bk filing | 1.00 | 225.00 | RTA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | T/C with Dan Behles regarding administrative claim | 0.40 | 90.00 | RTA |
| Oct-12-17 | Review Las Uvas Bk case filings – TC to Charlie Hughson and UST regarding cash collateral hearing | 0.50 | 112.50 | RTA |
| Oct-13-17 | Review Las Uvas filings. | 0.20 | 45.00 | RTA |
| Nov-01-17 | Prepare for and attend status conference | 0.80 | 180.00 | RTA |
| | Prepared Proof of Claim and Mtn for Admin Expense, prepared NOD Mtn for Admin Expense | 2.00 | 390.00 | RTA |
| Nov-07-17 | Prepare motion for allowance of administrative expense and notice.  Prepare proof of claim in Las Uvas case | 2.00 | 450.00 | RTA |
| Jan-11-18 | Review and respond to email from trustee regarding payments to creditors per plan.  Forward to client | 0.50 | 112.50 | RTA |
| Jan-16-18 | T/C with Melissa regarding sale of 34 farm.  T/C with David Ramos regarding same.  T/C with Manny Lucero and Jakub Sherman regarding releasing liens to farms so sale can be closed.  Review counter offer number 5. | 1.20 | 270.00 | RTA |
| Jan-25-18 | Prepare and file Motion to Sell Free and Clear and NOD to object. | 2.80 | 630.00 | RTA |
| Jan-30-18 | Review and file NOD to file objection to motion to sell | 0.40 | 90.00 | RTA |
| Feb-01-18 | Review objection filed by FSA to Debtor's motion to sell | 0.80 | 180.00 | RTA |
| Feb-19-18 | Prepare and file Motion to Sell Home Farm and Notice of Deadline to Object.  Also prepare and file Motion to Shorten Deadline to object and Order Granting | 3.50 | 787.50 | RTA |
| Feb-20-18 | Telephone call to court regarding order on motion to shorten objection deadline.  Revise order to conform to motion at Judge's request.  Prepare for mailout to parties in interest | 0.70 | 157.50 | RTA |

| | | | | |
|---|---|---|---|---|
| | Prepare and forward Order Approving Motion to Sell "34 Farm." Forward to Manny for approval. Review email approval from Manny | 1.80 | 405.00 | RTA |
| Feb-21-18 | Review and respond to email regarding request for legal description. T/C to client regarding status of case. | 0.60 | 135.00 | RTA |
| Feb-28-18 | Finalize and submit Order granting Motion to Sell 34 Farm | 1.50 | 337.50 | RTA |
| Mar-06-18 | Review objection filed by Chapter 12 Trustee. Prepare and submit Order on motion to approve home farm. Obtain approval from Chapter 12 Trustee | 1.30 | 292.50 | RTA |
| Mar-08-18 | Review notice of hearing. Calendar date and time. Email request to appear telephonically. Contact client to notify | 0.30 | 67.50 | RTA |
| Mar-14-18 | Review email from Manny Lucero regarding crop payment received. | 0.20 | 45.00 | RTA |
| | Review email from Melissa regarding status of sales | 0.30 | 67.50 | RTA |
| Mar-21-18 | Prepare for and attend status conference regarding sale of farms. T/C to client to discuss court concerns. Prepare Order Authorizing Disbursements | 2.20 | 495.00 | RTA |
| Mar-23-18 | Prepare invoice, fee application and notice of deadline to object | 0.80 | 180.00 | RTA |
| | Totals | 157.90 | $34,905.00 | |
| | Total Sales Tax on Fees | | 2,901.48 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jan-06-17 | Photocopies for Motion to Employ | 2.55 |
| | Postage for Motion to Employ | 7.91 |
| | Filing Fee | 310.00 |
| Feb-23-17 | Photocopies for NOD Debtors Emergency Motion for Use of Cash Collateral | 5.10 |
| | Postage for NOD Debtor's Emergency Motion for use of Cash Collateral | 15.64 |
| Mar-27-17 | Photocopies for notice of deadline to object to 2nd motion, second motion use C.C., notice of D.L to object to employment of RLTR, motion | 4.65 |

|  |  |  |
|---|---|---:|
|  | to employ RLTR, RLTR disclosure statement. motion to employ CPA, CPA disclosure statement |  |
|  | Postage for notice of deadline to object to 2nd motion, second motion use C.C., notice of D.L to object to employment of RLTR, motion to employ RLTR, RLTR disclosure statement. motion to employ CPA, CPA disclosure statement | 58.26 |
| Apr-11-17 | Photocopies for chapter 12 plan and notice of deadline for objecting | 4.80 |
|  | Postage for chapter 12 plan and notice of deadline for objecting | 21.44 |
| Sep-13-17 | Photocopies for NOD To Object and First MOD To Plan | 4.50 |
|  | Postage for NOD To Object and First MOD To Plan | 20.10 |
| Jan-25-18 | Filing Fee Motion to Sell Free and Clear | 181.00 |
| Jan-26-18 | Photocopies for Mtn to Sell and NOD Mtn to Sell | 4.65 |
|  | Postage for Mtn to Sell and NOD Mtn to Sell | 49.91 |
| Feb-19-18 | Filing Fee Motion to Sell Home Farm | 181.00 |
| Feb-20-18 | Photocopies for NOD- object to motion to sell, Motion to sell | 4.65 |
|  | Postage for NOD- object to motion to sell, motion to sell | 27.59 |

|  |  |
|---|---:|
| Totals | $903.75 |
| Total Sales Tax on Disbursements | 75.12 |
| **Total Fee & Disbursements** | **$38,785.35** |
| Retainers Applied | 15,100.00 |
| **Balance Now Due** | **$23,685.35** |

| TAX ID Number | None |
|---|---|
| Total Sales Tax | $2,976.60 |

**PAYMENT DETAILS**

|  |  |
|---|---:|
| Sep-01-16 | 100.00 |
| Sep-08-16 | 15,000.00 |
| **Total Payments** | **$15,100.00** |